JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 22-4245-GW-AGR | Date | January 19, 2023 |
|---|---|---|---|
| Title | *Cenobio H. Herrera Sr. v. US Attorney California Central* | | |

| Present: The Honorable | GEORGE H. WU, UNITED STATES DISTRICT JUDGE | |
|---|---|---|
| Javier Gonzalez | None Present | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None Present | None Present |

**PROCEEDINGS:**     **IN CHAMBERS - ORDER**

Plaintiff has filed a letter dated January 6, 2023 (see ECF No. 17) which is not responsive nor does it satisfy either the Court's November 29, 2022 Order (see ECF No. 13) or the December 28, 2022 Order (see ECF No. 16). Based thereon, this action is dismissed without prejudice.

:

Initials of Preparer    JG